IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN LEBO,<br>15903 Carissa Court<br>Hughesville, MD 20637<br>Plaintiff | * <br> * | |
| v. | * | Civil No: |
| FRANK BISIGNANO,<br>Commissioner, Social Security<br>Defendant | * <br> * | |

* * * * * * * * *

## COMPLAINT

1. Plaintiff is a resident of Charles County, Maryland.

2. Plaintiff complains of a decision against his/her bearing the following caption:

| IN THE CASE OF: | CLAIM FOR: |
|---|---|
| JOHN LEBO | Period of Disability<br>Disability Insurance Benefits |

Last Four Digits of Social Security Number of Claimant: 4777

3. The date of the final decision by the Secretary against Plaintiff is September 22, 2026.

4. Plaintiff claims that the final decision of the Secretary is erroneous as a matter of fact and as a matter of law.

WHEREFORE, Plaintiff seeks judicial review by this Court pursuant to 42 U.S.C. §405(g), and entry of judgment for such relief as may be proper, including costs.

Date: October 20, 2026

Respectfully submitted,

[signature]

Arjun Murahari
Trial Bar No. 29682

Mignini, Raab, Demuth & Murahari, LLP
429 S. Main Street
Bel Air, MD 21014